AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Katherine Staveley Schwab
AKA: Katie

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00179
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Katherine Staveley Schwab,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: 01/28/2021

2021.01.28
17:01:31 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/29/2021, and the person was arrested on *(date)* 02/01/2021
at *(city and state)* Fort Worth, Texas.

Date: 02/01/2021

*Arresting officer's signature*

Christopher Joncosko Special Agent
*Printed name and title*

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: J Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov,
courtney.carden2@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12915645@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00068-BJ USA v. Schwab Arrest - Rule 5/32.1/40
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2021 at 5:05 PM CST and filed on 2/1/2021

| | |
|---|---|
| **Case Name:** | USA v. Schwab |
| **Case Number:** | 4:21−mj−00068−BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Katherine Staveley Schwab. Case Number 1:21−MJ−179 complaint and warrant from District of Columbia. (jah)**

**4:21−mj−00068−BJ−1 Notice has been electronically mailed to:**

J Stevenson Weimer−DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov, michelle.thom@usdoj.gov

**4:21−mj−00068−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

Case 4:21-cr-00068-O   Document 25   Filed 02/01/22   Page 3 of 14   PageID 1
Case 1:21-cr-00068-CRC   Document 6   Filed 02/01/21   Page 1 of 4
Case 4:21-mj-00068-BJ   Document 6   Filed 02/01/21   Page 5 of 13   PageID 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | MAG. DOCKET NO.: 4:21-MJ-068 |
| | § | |
| v. | § | |
| | § | |
| KATHERINE STAVELEY SCHWAB | § | CRIMINAL NO.: _____ |

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

> I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

February 1, 2021
Date

[FILED FEB - 1 2021 CLERK, U.S. DISTRICT COURT By_____ Deputy]

_____
Signature of Attorney

REED PROSPERE
Attorney Name (Please Print)

16351800
Attorney Bar Number

8111 Preston Road, Suite 550
Street Address

Dallas, TX 75225
City/State/Zip

reedprospere@yahoo.com
Email Address

214-750-8555
Telephone (including area code)

214-750-8001
Fax Number

5

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Reed W Prospere (letisims@yahoo.com, reedprospere@yahoo.com), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12915725@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00068-BJ USA v. Schwab Initial Appearance
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2021 at 5:30 PM CST and filed on 2/1/2021

| | |
|---|---|
| **Case Name:** | USA v. Schwab |
| **Case Number:** | 4:21−mj−00068−BJ |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance re: Rule 5(c) Hearing as to Katherine Staveley Schwab held on 2/1/2021. Deft surrendered to USM on 2/1/2021; Atty Reed Prospere entered appearance; Rule 5(f) admonishment given; rule 5(c) waiver entered as to identity & preliminary hearings; Deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions and instructed to appear via zoom in the prosecuting district on 2/16/21 at 1 p.m. Attorney Appearances: AUSA − Jay Weimer; Defense − Reed Prospere. (No exhibits) Time in Court − :10. (Court Reporter: Digital File) (USPO Honstein.) (jah)**

**4:21−mj−00068−BJ−1 Notice has been electronically mailed to:**

Reed W Prospere     reedprospere@yahoo.com, letisims@yahoo.com

J Stevenson Weimer−DOJ     jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov,

Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov, michelle.thom@usdoj.gov

**4:21−mj−00068−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| KATHERINE STAVELEY SCHWAB | § | CASE NUMBER: 4:21-MJ-068 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 1 2021
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

I, Katherine Staveley Schwab, understand that in the District of Columbia, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ✓ ) Preliminary Hearing

February 1, 2021

X _Katie Schwab_____
Defendant

_____
Defense Counsel

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Reed W Prospere (letisims@yahoo.com, reedprospere@yahoo.com), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12915733@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00068-BJ USA v. Schwab Rule 5(f)(1) Order
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2021 at 5:32 PM CST and filed on 2/1/2021

| | |
|---|---|
| **Case Name:** | USA v. Schwab |
| **Case Number:** | 4:21−mj−00068−BJ |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER As to Katherine Staveley Schwab:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/1/2021) (jah)**


**4:21−mj−00068−BJ−1 Notice has been electronically mailed to:**

Reed W Prospere     reedprospere@yahoo.com, letisims@yahoo.com

J Stevenson Weimer−DOJ     jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov, michelle.thom@usdoj.gov

**4:21−mj−00068−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

Case 4:21-cr-00068-O Document 15 Filed 02/01/22 Page 9 PageID 3
Case 4:21-mj-00068-BJ Document 6 Filed 02/01/21 Page 11 of 13 PageID 16
AO 199A (Rev. 12/11) Order Setting Conditions of Release                    Page 1 of 3    Pages

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas, Fort Worth Division

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 1 2021
CLERK, U.S. DISTRICT COURT
By_____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:21-MJ-068 |
| ) | |
| KATHERINE STAVELEY SCHWAB ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  _Remotely in the District of Columbia as instructed_
                                                    *Place*

on  **TUESDAY, FEBRUARY 16, 2021 AT 1:00 P.M. E.S.T.**
                                    *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Case 4:21-mj-00068-BJC Document 5 Filed 02/01/21 Page 2 of 3 PageID 4
Case 4:21-mj-00068-BJ Document 6 Filed 02/01/21 Page 12 of 13 PageID 17
AO 199B (Rev. 12/11) Additional Conditions of Release                                                   Page 2 of 3 Pages

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                   *Custodian*                                    *Date*

( X ) (7) The defendant must:
( X ) (a) submit to supervision by and report for supervision to the  United States Probation Officer as directed ,
         telephone number _____, no later than _____.
( X ) (b) continue or actively seek employment.
(   ) (c) continue or start an education program.
( X ) (d) surrender any passport to:  and/or any passport card to the United States Probation Office
( X ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the Northern District of Texas and to and from the District of Columbia for Court purposes unless permission received from the US Probation Officer
( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  but not limited to anyone involved in anyway with the US Capitol protest held on January 6, 2021 and any protest participants, those involved in the organization or planning of a protest
( X ) (h) get medical or psychiatric treatment:  as directed by the US Probation Officer
(   ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
(   ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.
( X ) (l) not use alcohol (   ) at all ( X ) excessively.
( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(   ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(   ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    (   ) (i) **Curfew.** You are restricted to your residence every day (   ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
    ( X ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    (   ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( N/A ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( X ) (s) Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.
( X ) (t) Restricted from entering the US Capitol or the grounds of the US Capitol

12

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X *Katie Schwel*
_____
Defendant's Signature

Ellis, TX
_____
City and State

### Directions to the United States Marshal

[X] The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 1, 2021                         *Hal R. Ray, Jr.*
_____
Judicial Officer's Signature

HAL R. RAY, JR., UNITED STATES MAGISTRATE JUDGE
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

13

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00068−BJ−1

Case title: USA v. Schwab

Date Filed: 02/01/2021

Other court case number: 1:21−mj−179 District of Columbia

Assigned to: Magistrate Judge
Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Katherine Staveley Schwab** | represented by | **Reed W Prospere**<br>Prospere Russell & Dean<br>8111 Preston Road, Suite 500<br>Dallas, TX 75225<br>214−750−8555<br>Fax: 214−750−8001<br>Email: reedprospere@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Admitted/In Good Standing* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752(a)(1), (2) Knowingly entering or remaining in any restricted building or grounds without lawful authority; 40:5104(e)(2)(D), (G) disorderly conduct on capitol grounds

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **J Stevenson Weimer−DOJ** <br> US Attorney's Office <br> 801 Cherry St <br> Suite 1700, Unit 4 <br> Fort Worth, TX 76102 <br> 817/252−5200 <br> Fax: 817−252−5455 <br> Email: jay.weimer@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: US Attorney's Office* <br> *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/01/2021 | | 4 | Arrest (Rule 5) of Katherine Staveley Schwab. Case Number 1:21−MJ−179 complaint and warrant from District of Columbia. (jah) (Entered: 02/01/2021) |
| 02/01/2021 | 1 | 5 | NOTICE OF ATTORNEY APPEARANCE by Reed W Prospere appearing for Katherine Staveley Schwab (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (jah) (Entered: 02/01/2021) |
| 02/01/2021 | 2 | 6 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance re: Rule 5(c) Hearing as to Katherine Staveley Schwab held on 2/1/2021. Deft surrendered to USM on 2/1/2021; Atty Reed Prospere entered appearance; Rule 5(f) admonishment given; rule 5(c) waiver entered as to identity & preliminary hearings; Deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions and instructed to appear via zoom in the prosecuting district on 2/16/21 at 1 p.m. Attorney Appearances: AUSA − Jay Weimer; Defense − Reed Prospere. (No exhibits) Time in Court − :10. (Court Reporter: Digital File) (USPO Honstein.) (jah) (Entered: 02/01/2021) |
| 02/01/2021 | 3 | 8 | WAIVER of Rule 5(c) Hearings by Katherine Staveley Schwab re: identity & Preliminary hearings (jah) (Entered: 02/01/2021) |
| 02/01/2021 | 4 | 9 | ELECTRONIC ORDER As to Katherine Staveley Schwab: <br><br> This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br> By this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt |

| | | | |
|---|---|---|---|
| | | | proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/1/2021) (jah) (Entered: 02/01/2021) |
| 02/01/2021 | 5 | 11 | ORDER Setting Conditions of Release as to Katherine Staveley Schwab (1)Deft released on PR bond; Deft to next appear remotely on February 16, 2021 at 1:00 p.m. as directed by the Court; see order for specific conditions. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/1/2021) (jah) (Entered: 02/01/2021) |