AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00179 |
| --- | --- |
| v. | ) Assigned to: Judge Faruqui, Zia M |
| Katherine Staveley Schwab | ) Assign Date: 1/28/2021 |
| AKA: Katie | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Katherine Staveley Schwab__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: __01/28/2021__

2021.01.28 17:01:31 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __01/29/2021__, and the person was arrested on *(date)* __02/01/2021__
at *(city and state)* __Fort Worth, Texas__.

Date: __02/01/2021__

*Arresting officer's signature*

Christopher Joncosko   Special Agent
*Printed name and title*