UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00050 (CRC) |
| | : | |
| KATHERINE STAVELY SCHWAB, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are:

| Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1 vlc-record-2022-12-06-16h38m26s-7AMWalkToRally_clip.MP4 | Defendant Ryan's cellular phone | 38 second video clip showing Defendant Schwab leading walk to rally |
| 2 | Exhibit 2-Ryan Pedicab-videos_10225150560613451 | Defendant Ryan's Facebook account | 9 minute and 31 second video showing return to hotel |
| 3 | Exhibit 3 IMG_5707.mov | Defendant Ryan's cellular phone | 26 second video recording of Defendants Schwab, Ryan and Hyland |

| | | | watching news broadcast of riot at the Capitol |
|---|---|---|---|
| 4A | Exhibit 4A 7029 I USCS 02 Rotunda Door Interior-2021-01-06_15h20min00s000ms.afs | U.S. Capitol Police surveillance footage | 4 minute surveillance video of Defendant Schwab and then her codefendants entering the Capitol |
| 4B | Exhibit 4B 0686 I USCH 02 Rotunda Door Interior-2021-01-06_15h20min00s000ms.afs | U.S. Capitol Police surveillance footage | 4 minute surveillance video of Defendant Schwab and then her codefendants entering the Capitol (alternate view) |
| 4C | Exhibit 4C 7216 I USCH 02 Rotunda Lobby East Stairs-2021-01-06_15h20min00s000ms.afs | U.S. Capitol Police surveillance footage | 4 minute surveillance video of Defendant Schwab and then her codefendants entering the Capitol (side view) |
| 4D | Exhibit 4D vlc-record-2022-12-07-00h38m12s-Protesters Storm Capitol Building in Washington DC.mp4.crdownload-.mp4 | FNTV Youtube video | 36 second video clip of Defendant Schwab entering the Capitol |
| 5 | Exhibit 5 (Clip_1.1)_20210106_-_DelPoBWC-Rotunda | Officer body-worn camera | 2 minute and 41 second video showing Defendant |

| | | | Schwab in the Rotunda |
|---|---|---|---|
| 6 | Exhibit 6 (Clip_1.1)_Horos-BWC-Rotunda-Axon_Body_3_Video_2021-01-06_1522.mp4 | Officer body-worn camera | 3 minute and 2 second video showing Defendant Schwab and officers clearing the Rotunda |
| 7 | Exhibit 7 IMG_6803 | Defendant Schwab's cellular phone | 35 second video recording Defendant Schwab outside of the Capitol stating "it's just a flash bang" |
| 8 | Exhibit 8 266T-DL-3369054_0000018_1A0000004_0000001.mp4 | Facebook livestream by Defendant Ryan | 31 second video of Defendant Schwab stating she was inside the Capitol |
| 9 | Exhibit 9 IMG_4415.MOV | Defendant Hyland's cellular phone | 29 second video of Schwab and Hyland insulting officers attempting to clear the Capitol grounds |
| 10 | Exhibit 10 IMG_4416.MOV | Defendant Hyland's cellular phone | 24 second video of Schwab insulting officers attempting to clear the Capitol |

| | | | |
|---|---|---|---|
| | | | grounds |
| 11 | Exhibit 11 IMG_6811.MOV | Defendant Schwab's cellular phone | 2 minute and 13 second video of Schwab insulting officers |
| 12 | Exhibit 12 (Clip_7.1)_Dean-BWC_Capitol_Building_Riot_1-6-21.mp4 | Officer body-worn camera | 1 minute 59 second video showing Defendant Schwab, officer efforts to clear crowd, and a veteran resisting those efforts |
| 13 | Exhibit 13 (Clip_2.1)_20210106-TONG_BWC.mp4 | Officer body-worn camera | 1 minute and 36 second video showing Schwab descending steps and yelling at police |
| 14 | Exhibit 14 (Clip_2.1)_20210106-PAKEMAN_BWC.mp4 | Officer body-worn camera | 53 second video of veteran confronting officer (15-16 second mark) and Defendant Schwab |
| 15 | Exhibit 15 Capitol Takeover GoPro POV-clip.mp4-.mp4 | Open source video | 1 minute 44 second GoPro video clip showing Schwab leaving area near Capitol building and assaulting media |

4

| | | | |
|---|---|---|---|
| | | | equipment |
| 16 | Exhibit 16-Raws Media video-AweFgYO85P5SmUzM | Open source video | 1 minute 49 second video showing Schwab observing media equipment assault and shouting |
| 17 | Exhibit 17 Ryan FB media enclosure-videos_10225152600584449 | Defendant Ryan's Facebook account | 2 minute and 17 second video showing Defendants Schwab, Hyland and Ryan during media assault |
| 18 | Exhibit 18-Open Source Media Enclosure Video.mp4 | Open source video | 9 minute and 18 second video showing media equipment assault and Defendant Schwab yelling "light it up" |
| 19 | Exhibit 19-Schwab FB shares_10225416264058667.mp4 | Defendant Schwab's Facebook account | 7 minute and 51 second video of Defendants Schwab and Ryan commenting during livestream about their conduct at the Capitol |
| 20 | Exhibit 20 Schwab FBI Interview | FBI | 1 hour, 7 minute and 11 second audio recording of |

|  |  | Defendant Schwab's statements to FBI special agents |
|---|---|---|

The Government does not object to the public release of the above-listed video recordings.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   /s/ *Karen Rochlin*
        KAREN ROCHLIN
        Assistant United States Attorney
        D.C. Bar No. 394447
        Detailee
        U.S. Attorney's Office
        99 N.E. 4th Street
        Miami, Florida 33132
        (786) 972-9045
        Karen.Rochlin@usdoj.gov