**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **KATHERINE STAVELEY SCHWAB**, <br><br> Defendant. | Case No. 21-cr-50 (CRC) |

**ORDER**

  Before the Court is Defendant Schwab's [99] Motion for Recommendation of Alternative Designation. This Court's general practice is to recommend a defendant's requested Bureau of Prisons ("BOP") designation unless the request is inappropriate or unsupported. In keeping with that practice, the Court will grant Defendant's motion and make a non-binding recommendation for designation to Federal Prison Camp Bryan, which is near Defendant's home. In so doing, however, the Court takes no position on the representations and allegations contained in Defendant's motion regarding the facility to which she is currently designated. Nor does it question the BOP's exclusive discretion to designate defendants to facilities that it deems appropriate. It is therefore

  **ORDERED** that [99] Defendant's Motion for Recommendation of Alternative Designation is **GRANTED**.

                               _____
                               CHRISTOPHER R. COOPER
                               United States District Judge

Date:  January 30, 2023